IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JOSEPH LEE LOCKLEAR, JR.,
    Plaintiff,                                     Civil Action No. 7:16-cv-00308

v.                                                    **ORDER**

JOHN WALRATH, et al,                       By:    Hon. Robert S. Ballou
    Defendant(s).                                    United States Magistrate Judge

      Plaintiff filed a civil rights action pursuant to 42 U.S.C. §1983. On July 5, 2016 the Court conditionally filed the action and plaintiff was directed to return to the court an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On July 5, 2016 the plaintiff returned an inmate account form signed by the trust officer however the six-month statements were not included.

      It is hereby **ORDERED** that the Plaintiff shall be given one last opportunity to cure these deficiencies within twenty days from the entry of this order by sending the required six-month statements for the months of March 2016 –June 2016. The Clerk is directed to send a certified copy of this Order to plaintiff. All mailed pleadings should be sent to Clerk, U.S. District Court, 210 Franklin Road, S.W. Suite 540, Roanoke, VA 24011-2208.

ENTER: This 27th day of July, 2016.

                                                                   s/Robert S. Ballou
                                                                   United States Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

Joseph Lee Locklear

**v.**
John Walrath, et al

**Civil Action No.** 7:16cv00308

## INMATE ACCOUNT REPORT

Joseph Lee Locklear, #1173586
(Inmate Name & #)

**DATE OF INQUIRY**

Balance at time of inquiry

Current rate of pay

Total Deposits for six months prior to

| Month | Amount |
|---|---|
| March | |
| April | |
| May | |
| June | |
| | |
| | |

Plaintiff: Have you been at this location for the entire requested six-month period? Yes____ or No_____

If the answer is NO, you are required to obtain and submit that information from the other location(s) within the required time. You will have to make a copy of this form and send it to the location(s) to be certified by that Trust Account Officer.

**AVERAGE MONTHLY DEPOSITS**

Account Balance on Last Day of Month for six months prior to

| Month | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**AVERAGE MONTHLY BALANCE**

(*To be completed by Trust Account Officer*)
**I have attached certified copies of the inmate's trust fund account statement, and maintain said records in the regular and ordinary course of business.** PLAINTIFF must return this signed form AND the six month-statements together from each prison which plaintiff is or was confined during that six-month period.

**DATED:**_____ **SIGNATURE:**_____ **TITLE:**_____